**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No.   22-cr-00351-RM**

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

**v.**

**1.  CROSSROADS REPAIR, LLC,**

   **Defendant.**

---

**INFORMATION
Count 1,** 18 U.S.C. § 371

---

The United States Attorney charges:

At all times relevant to this Information:

1.      CROSSROADS REPAIR, LLC ("CROSSROADS") was a diesel repair shop with locations in Jamestown, North Dakota and Tioga, North Dakota. CROSSROADS shared common ownership with an affiliate, HOFMANN TRUCKING, LLC ("HOFMANN"), also located in North Dakota.

2.      Company E.D. was a diesel repair shop located in Colorado and co-owned and operated by Person A.

**Regulation of Vehicle Emissions Under the Clean Air Act**

3.      The purpose of the Clean Air Act is, among other things, "to protect and enhance the quality of the Nation's air resources so as to promote the public health and welfare and the productive capacity of its population."  42 U.S.C. § 7401(b)(1).

1

Congress has found that "the increasing use of motor vehicles . . . has resulted in mounting dangers to the public health and welfare."  42 U.S.C. § 7401(a)(2). Congress instructed the United States Environmental Protection Agency ("EPA") to establish regulations and standards to control emissions from motor vehicles which cause or contribute to air pollution which may reasonably be anticipated to endanger public health or welfare. 42 U.S.C. § 7521(a)(1).

4.      The Clean Air Act regulates "mobile sources," which include motor vehicles and engines and nonroad vehicles and engines. Pursuant to 42 U.S.C. § 7521 and the regulations promulgated thereunder, the EPA established standards limiting the emission of air pollutants from various classes of motor vehicle engines. Heavy-duty vehicles and heavy-duty diesel engines are one such class and are subject to the regulations establishing emission standards found at  40 C.F.R. §§ 86.004-11, 86.007-11, 86.099-11.

5.      To meet these emission standards, vehicle manufacturers design and install certain hardware devices as components of an emissions control system to manage and treat engine exhaust. This reduces the levels of pollutants such as nitrogen oxides, particulate matter, carbon monoxide, and non-methane hydrocarbons that are emitted into the air from tailpipe exhaust and keep those emissions within regulatory limits. For diesel engines, such emissions control devices include diesel particulate filters (DPF), exhaust gas recirculation (EGR) systems, diesel oxidation catalysts (DOC), and selective catalytic reduction (SCR) systems.

2

**Methods Used to Disable Vehicles' Emissions Controls and Monitoring Systems**

6.      One method used to disable a vehicle's emissions control system is to remove the portion of the exhaust system that contains emissions control components such as the DPF, DOC and SCR and replace it with a section of hollow exhaust tubing or a "straight pipe."  Another method used to disable the emissions control system is to remove the DPF, DOC and SCR, hollow out the functioning portion of the devices so only the casing remains, and re-weld the casing into the exhaust system to create the false appearance that the emissions controls are intact. The EGR and the diesel exhaust fluid (DEF) injection component of the SCR system can be disabled physically or electronically.

7.      Pursuant to 42 U.S.C. § 7521(m)(1), the EPA was authorized to promulgate regulations requiring manufacturers to install on-board diagnostic ("OBD") systems on vehicles and engines to monitor emissions control systems to ensure that they function properly. The EPA thus enacted regulations that required manufacturers to install OBD systems on vehicles and engines, including heavy duty engines, "capable of monitoring all emission-related engine systems or components." 40 C.F.R. §§ 86.1806-05, 86.010-18. Standardized OBD requirements for engines used in heavy duty diesel trucks with a gross vehicle weight rating greater than 14,000 pounds have been phased in since 2010 and, as of model year 2013, all engines installed in models in this weight class are required to be equipped with OBDs.

8.      The OBD system operates within a vehicle's "electronic control module" (ECM) which is essentially an on-board computer that receives inputs from various

sensors and sends outputs through activators to control engine, vehicle, or equipment functions, including emissions control components. The OBD is composed of software and sensors that monitor emissions-related engine systems and components. If an emissions-related malfunction or problem occurs, the OBD system causes a malfunction indicator light (MIL) to be illuminated on the vehicle's dashboard and a diagnostic trouble code (DTC) to be stored in the OBD's memory. These functions facilitate the detection and diagnosis of a malfunction in the emissions control system. If the malfunction is significant and is not resolved, the OBD system may limit the top speed of some vehicles to as low as five miles per hour (an effect commonly referred to as "limp mode" or "power reduced mode"), providing an incentive for the vehicle's operator to seek repairs.

9.　When an illegal vehicle emissions system defeat device (known as a "tuner") is downloaded onto a vehicle's OBD, the software, or "tune," disables the OBD's monitoring function and prevents the MIL from illuminating on the dashboard and prevents the DTC from being stored in the OBD. This serves to conceal the tampering of the emissions controls. It also prevents the vehicle from entering "limp mode." This tampering, typically referred to as "tuning," allows the vehicle to run with increased horsepower and torque, and can reduce costs of maintaining and repairing the emissions control system, even while the hardware emissions components are disabled or deleted. This results in significantly increased pollutant emissions released into the atmosphere from the vehicle.

## COUNT 1
### Conspiracy to Violate the Clean Air Act, 18 U.S.C. § 371

10.    The United States Attorney re-alleges and incorporates by reference paragraphs 1-9 of this Information.

11.    From in or around October 2017, and continuing thereafter until in or around July 2020, in the State and District of Colorado and elsewhere, defendant **CROSSROADS REPAIR, LLC,** Company E.D., and Person A, did knowingly and voluntarily conspire and agree together and with each other, and with other persons both known and unknown to the United States Attorney, to commit an offense against the laws of the United States, namely to violate the Clean Air Act by tampering with and rendering inaccurate monitoring devices and methods required pursuant to the Clean Air Act to be maintained and followed, in violation of Title 18, United States Code, Section 371, and Title 42, United States Code, Section 7413(c)(2)(C).

**Manner and Means of the Conspiracy**

12.    Acting interdependently, the defendants (and others, both known and unknown to the United States Attorney), carried out the conspiracy using the following manner and means:

13.    CROSSROADS routinely removed or altered hardware components on customers' or affiliates' heavy-duty diesel vehicles, including hollowing out or removing the DPF, DOC, and SCR, and removing or blocking off the EGR system. CROSSROADS agreed with and engaged Company E.D. to tamper with the computerized OBD systems on vehicles in order to prevent the OBDs from monitoring

5

the emissions control system so that malfunctions in the emissions control components would not be detected.

14.    Company E.D., Person A, and others associated with Company E.D. instructed individuals at CROSSROADS to connect a laptop computer to the vehicle's OBD port.  Through a remote connection, individuals at Company E.D. located in Colorado would download software "tunes" onto the vehicle's computer to reprogram the vehicle's OBD system. These tunes would tamper with the OBD system's monitoring function so that it would not detect malfunctions in the SCR and other emissions controls components.

**Overt Acts**

15.    In furtherance of the conspiracy's objective, one or more of the conspirators committed one or more of the following acts in the State and District of Colorado (and elsewhere):

16.    In order to engage Company E.D.'s tuning services, an individual at CROSSROADS faxed an "ECM Form" to Company E.D. in Colorado that provided key parameters for the vehicle in order for Company E.D. to run the appropriate "tunes" to tamper with the OBD.

17.    Individuals at Company E.D. then instructed individuals at CROSSROADS to plug a laptop computer, usually purchased from Company E.D., into the vehicle's OBD port. Individuals at Company E.D. then connected remotely to the OBD through the laptop, and from their location in Colorado, tuned the OBD to disable its ability to monitor emissions control components.

18.    For each tampered vehicle, Company E.D. sent an invoice to CROSSROADS charging approximately $2,300.  Company E.D. typically used the code language "Cummins ECM Repair" on the invoice to disguise the line item for emissions control system tampering.

19.    For vehicles owned by customers, CROSSROADS typically charged an additional $500 in excess of Company E.D.'s charges for the tampering, which represented CROSSROADS's profit for each vehicle.

20.    Between in or around October 2017 and July 2020, CROSSROADS paid Company E.D. over $43,000 to disable the OBDs on approximately 19 heavy-duty diesel motor vehicles that were required under the Clean Air Act to have OBD systems to monitor the emissions controls.

All in violation of Title 18, United States Code, Section 371.

COLE FINEGAN
United States Attorney

By: *s/ Rebecca S. Weber*
Rebecca S. Weber
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0409
E-mail: Rebecca.Weber@usdoj.gov
Attorney for the United States

By: *s/ Linda S. Kato*
Linda S. Kato
Special Assistant United States Attorney
United States Attorney's Office

1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 312-7149
Fax: (303) 312-6953
E-mail: Linda.Kato@epa.gov
Attorney for the United States